UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DOUGLAS WAYNE BOWERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1-14-0131 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| FELICIA McGEE, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 51) to grant Defendant's motion to dismiss (Docket Entry No. 35). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion to dismiss (Docket Entry No. 35) is **GRANTED.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 25th day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge